UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EASTERN BANK, <br><br> Plaintiff, <br><br> v. <br><br> CITIBANK, N.A. <br><br> Defendant. | CIVIL ACTION NO. <br> 10-CV-10093-NG |

# PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), plaintiff Eastern Bank and its counsel hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


*/s/ Terence A. McGinnis*
EASTERN BANK
By Terence A. McGinnis
Senior Vice President
General Counsel

*/s/ Eric A. Smith*
J. David Leslie BBO #294820
dleslie@rackemann.com
Eric A. Smith BBO #546244
esmith@rackemann.com
Jesse W. Abair BBO #668791
jabair@rackemann.com
Rackemann, Sawyer & Brewster, P.C.
160 Federal Street
Boston, MA 02110
Tel: (617) 542-2300
Fax: (617) 542-7437

Dated: May 10, 2010